IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-MJ-70065 HRL |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT AND EXCLUDING |
| vs. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| WALTER SKINNER, | ) ) | **The Honorable Paul S. Grewal** |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing and arraignment currently scheduled for Thursday, March 28, 2013, shall be continued to Thursday, May 2, 2013, at 1:30 p.m.

It is further ordered that the time from March 28 to May 2, 2013, shall be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March 28, 2013

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

[~~Proposed~~] Order Excluding Time
11-MJ-70065 HRL                                   1