FILED

JUL 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 13-MJ-70065 HRL |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| WALTER SKINNER, | ) | The Honorable Howard R. Lloyd |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing and arraignment currently scheduled for Tuesday, July 30, 2013, shall be continued to Thursday, August 29, 2013, at 10:30 a.m.

It is further ordered that the time from July 30 to August 29, 2013, shall be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv), and the time within which a preliminary hearing shall be conducted pursuant to Rule 5.1(a) and (c) of the Federal Rules of Criminal Procedure.

Dated: July 30, 2013

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order Excluding Time
11-MJ-70065 HRL                                             1