1 │ MELINDA HAAG (CABN 132612)
United States Attorney

2 │
J. DOUGLAS WILSON (DCBN 412811)
3 │ Chief, Criminal Division

4 │ TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys
5 │
        150 Almaden Boulevard, Suite 900
6 │     San Jose, California 95115
        Telephone: (408) 535-5054
7 │     FAX: (408) 535-5061
        E-Mail: timothy.lucey@usdoj.gov
8 │
Attorneys for United States of America
9 │

10 │              UNITED STATES DISTRICT COURT

11 │            NORTHERN DISTRICT OF CALIFORNIA

12 │                   SAN JOSE DIVISION

13 │

14 │ UNITED STATES OF AMERICA,            ) CASE NO. CR 13 – MJ – 70065 MAG
                                          )
15 │        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                          )
16 │ v.                                   )
                                          )
17 │ WALTER SKINNER,                      )
                                          )
18 │        Defendant.                    )
                                          )
19 │                                      )
                                          )
20 │

21 │        Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the

22 │ status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Thursday,

23 │ October 17, 2013, at 10:30 a.m., should be continued to Monday, October 28, 2013, at 8:30 a.m., to

24 │ permit the parties to review the initial report from Pretrial Services.

25 │        Accordingly, the parties further stipulate that the time from October 17, 2013, through and

26 │ including October 28, 2013, may be excluded from the computation of time within which an information

27 │ or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary

28 │ for effective preparation, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A),

1  (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing,

2  pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including July 9, 2013, based

3  on the need for effective preparation of counsel as well as the defendant's evaluation for diversion.

4  **IT IS SO STIPULATED.**

5  Dated:  October 17, 2013

6

7                                                          /s/_____
                                                          TIMOTHY LUCEY
                                                          Assistant United States Attorney
8

9  Dated:  October 17, 2013

10                                                         /s/_____
                                                          CYNTHIA C. LIE
11                                                         Assistant Federal Public Defender

12  **IT IS SO ORDERED.**

13

14  DATED: October 17, 2013

15                                                         _____
                                                          HON. PAUL S. GREWAL
16                                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2